UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

| | | |
|---|---|---|
| RIGOBERTO ARZATE-MIRANDA, | ) | |
| Petitioner, | ) | Civil Action No. 11-CV-116-KKC |
| V. | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | **JUDGMENT** |
| Respondent. | ) | |

\*\* \*\* \*\* \*\* \*\*

In accordance with the Memorandum Opinion and Order entered contemporaneously with this Judgment, the Court **ORDERS AND ADJUDGES** that:

(1)   Judgment is **ENTERED** in favor of respondent, the Federal Bureau of Prisons; and

(2)   This matter is **STRICKEN** from the Court's active docket.

Dated this 18th day of June, 2012.



Signed By:
_Karen K. Caldwell_
United States District Judge