UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

RIGOBERTO ARZATE-MIRANDA,

    Petitioner,

V.

ROBERT FARLEY, Warden,
USP-Big Sandy,

    Respondent.

Civil Action No. 7:11-CV-116-KKC

**JUDGMENT**

\*\*   \*\*   \*\*   \*\*   \*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED** that:

(1)    Judgment is **ENTERED** in favor of Respondent Robert Farley, Warden of USP-Big Sandy.

(2)    This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause for delay.

(3)    The Court **CERTIFIES** that any appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated February 9, 2015.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY